IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| NABORS DRILLING TECHNOLOGIES USA, INC., | § § § § | |
| Plaintiff, | § § | |
| | § | Civil Action No. 3:20-cv-03126-M |
| v. | § § | |
| HELMERICH & PAYNE INTERNATIONAL DRILLING CO., et al., | § § § § | |
| Defendants. | § | |

### ORDER

Before the Court are Plaintiff Nabors Drilling Technologies USA, Inc.'s Motion for Preliminary Injunction Pursuant to Federal Rule of Civil Procedure 65(A) & 35 U.S.C. § 283 [ECF No. 2], and Defendants Helmerich & Payne International Drilling Co.; Helmerich & Payne Technologies, LLC; and Motive Drilling Technologies, Inc.'s Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(B)(6) and 35 U.S.C. §101 [ECF No. 17].

In a Joint Status Report filed on June 11, 2021 [ECF No. 80], the parties requested that the Court hear the Motion for Preliminary Injunction after the claim construction hearing, which is scheduled for October 5, 2021. *See* ECF No. 74. The Court **GRANTS** the parties' request and tentatively **SETS** a hearing on the Motion for Preliminary Injunction for **November 3, 2021 at 9:00 a.m.** The Court will issue a ruling on the Motion for Preliminary Injunction following that hearing. The Motion for Preliminary Injunction is **ABATED** until the hearing.

Defendant's Motion to Dismiss is **DENIED** as **MOOT.** Plaintiffs have filed a First Amended Complaint [ECF No. 37] pursuant to Federal Rule of Civil Procedure 15(a)(1). *See* Fed. R. Civ. P. 15(a)(1). The First Amended Complaint supersedes the Original Complaint [ECF

No. 1] and moots Defendants' Motion to Dismiss. *See Phillips v. United Parcel Serv.*, No. 3:10-cv-01197-G, 2011 WL 477282, at *1 (N.D. Tex. Feb. 8, 2011) (Fish, J.).

    **SO ORDERED**.

    September 20, 2021.

_____
BARBARA M. G. LYNN
CHIEF JUDGE